FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    A second petition for review was filed today in the above-styled case. You may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

SHANNON  HUGGINS
PO BOX 533
SNOOK, TX  77878

RE: Case No. 25-0581                DATE: 8/20/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


                    HEATHER  COUCHMAN
                    SAN ANTONIO, TX  78232

FILE COPY

RE: Case No. 25-0581                          DATE: 8/20/2025
    COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MICHELLE   PIQUE
                    LEWISVILLE, TX  75077

FILE COPY

RE: Case No. 25-0581                DATE: 8/20/2025
COA #: 15-24-00074-CV        TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case. You may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

TRAVIS WAYNE EUBANKS
SAN ANTONIO, TX  78260

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

SHARON  JAROLAN
THE COLONY, TX  75056

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3) There is no fee for a response or a waiver.


AMANDA MARIE EUBANKS
SAN ANTONIO, TX  78620

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case. You may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

JARRETT  WOODWARD
SAN ANTONIO, TX  78249

RE: Case No. 25-0581                          DATE: 8/20/2025
COA #: 15-24-00074-CV                  TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

TRACI  JONES
RED OAK, TX  75154
* DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

LARS  KUSLICH
P.O. BOX 1908
LIBERTY, TX  77575
* DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0581          DATE: 8/20/2025
COA #: 15-24-00074-CV      TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    A second petition for review was filed today in the above-styled case. You may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                  SHARON  COTTON
                  RED OAK, TX  75154
                  * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


                    DISTRICT CLERK  TRAVIS COUNTY
                    TRAVIS COUNTY COURT
                    P. O. BOX 679003
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


MR. WILLIAM  WASSDORF
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                           DATE: 8/20/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV           TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    A second petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


                    MS. STEPHANIE  CRISCIONE
                    ASSISTANT ATTORNEY GENERAL
                    PO BOX 12548 CAPITOL STATION
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *